# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT STEWART, on behalf of himself and all others similarly situated, | ) ) ) | Civil Action No. 2:21-cv-01788-CB |
| Plaintiff, | ) ) | |
| vs. | ) ) | District Judge Cathy Bissoon |
| A.P.I., INC., API CONSTRUCTION COMPANY, and API GROUP, INC., | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE
## SETTLEMENT CLASS, AND OTHER RELIEF

AND NOW COMES the Plaintiff, Brett Stewart, on behalf of himself and all others similarly situated, by and through his undersigned attorneys, and hereby submits, pursuant to Fed. R. Civ. P. 23(e), this Unopposed Motion for Final Approval of Class Action Settlement, and in support thereof, avers as follows:

1.     On November 18, 2024, the Court granted preliminary approval of the class action settlement reached between the parties in this case, authorized the issuance of a class notice, and appointed Jubelirer, Pass & Intrieri, P.C. as Interim Class Counsel. (ECF-Doc. 40).

2.     The Class Notice process is now complete. (Brief in Support of Motion for Final Approval, Exhibit 4).  277 Class Members (41.7%) out of 664 Class Members submitted a Claim Form. (Brief in Support of Motion for Final Approval, Exhibit 4, ¶ 10). None of the Class Members submitted objections to the settlement. (Brief in Support of Motion for Final Approval, Exhibit 4, at ¶ 12).  None of the Class Members requested to be excluded from the settlement. (Brief in Support of Motion for Final Approval, Exhibit 4, at ¶ 11).

3.    The Court scheduled a Fairness Hearing in this case for 11:00am on March 19, 2025. (Docket Doc. 40).

4.    Plaintiff hereby submits this Unopposed Motion for Final Approval of Class Action Settlement and requests the Court enter an Order:

a.    Certifying a settlement class of Plaintiff and all other 663 non-exempt employees employed by Defendants who worked for Defendants at the Project during any workweek from November 3, 2018 through November 22, 2022. This includes the 660 individuals listed in Exhibit A to the Settlement Agreement, as well as four other individuals who were inadvertently omitted;[1]

b.    Approving the terms of the settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2) and the *Girsh* Factors;

c.    Granting a service award to Brett Stewart in the amount of $10,000.00 from the gross settlement fund for his service as a Class Representative;

d.    Appointing Jubelirer, Pass & Intrieri, P.C. as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(1);

e.    Approving payment to Jubelirer, Pass & Intrieri, P.C. from the gross settlement fund of attorneys' fees in the amount of $350,000.00 and cost reimbursements in the amount of $37,087.63 pursuant to Federal Rule of Civil Procedure 23(h); and

f.    Approving payment to the Settlement Administrator from the gross settlement fund of its settlement administration fees, which are estimated to be $18,000.00.

---

[1] Plaintiff and Defendants have mutually agreed that Christopher E. Blinderman, Terry Ventorini, Errol Copeland, and Yordelis Diaz Garcia were inadvertently omitted from the Class List, should be treated as Class Members, and their Claim Forms should be deemed valid.

g. Amending the Settlement Agreement to treat Christopher E. Blinderman, Terry Ventorini, Errol Copeland, and Yordelis Diaz Garcia as Class Members subject to all terms of the Settlement Agreement, including the release of claims against Defendants, and setting their Settlement Shares as follows:

    i. Christopher E. Blinderman:  $3,666.81

    ii. Terry Ventorini:  $2,164.66

    iii. Errol Copeland:  $783.55

    iv. Yordelis Diaz Garcia:  $1,543.90

5.      The Court should grant the relief requested above for the reasons set forth in the Memorandum of Law in Support of this Motion.

6.      Defendants complied with the notice requirement of the Class Action Fairness Act, 28 U.S.C. § 1715(b), ("CAFA") by mailing a notice with all required information to the United States Attorney General, the Attorney General for each state and territory within the United States, and the Attorney General for the District of Columbia. (Docket Doc. 39, at Ex. 3).

7.      Accordingly, the Court should grant final approval of the Class Action Settlement, certify the settlement class, and appoint Jubelirer, Pass & Intrieri, P.C. as Class Counsel pursuant to Federal Rule of Civil Procecure 23(g)(1).

WHEREFORE, Plaintiff, Brett Stewart, on behalf of himself and all others similarly situated, requests that this Unopposed Motion for Final Approval be granted in its entirety. A Proposed Order is submitted with this Motion.

Respectfully Submitted,

JUBELIRER, PASS & INTRIERI, P.C.

BY:  /s/ Steven E. Winslow
          Steven E. Winslow, Esquire
          Pa. I.D. # 319437
          E-mail:  sw@jpilaw.com

          Joseph J. Pass, Esquire
          Pa. I.D. # 44
          E-mail:  jjp@jpilaw.com

          Joseph S. Pass, Esquire
          Pa. I.D. # 88469
          E-mail:  jsp@jpilaw.com

          219 Fort Pitt Boulevard
          Pittsburgh, Pennsylvania 15222
          Phone:  412-281-3850
          Fax:  412-281-1985

          *Counsel for Plaintiff, Brett Stewart*